UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,   CASE No.: 6:25-cv-156-JSS-DCI

    Plaintiff,

vs.

CHRISTIAN CENTER OF
GOD OF SEMINOLE COUNTY
INC et al.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT
### (as to Defendant Christian Center of God of Seminole County, Inc. only)

Plaintiff, Tavia Wagner, hereby notifies the Court that Plaintiff and Defendant, Christian Center of God of Seminole County, Inc., have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff, Tavia Wagner, will file a Notice of Voluntary Dismissal without Prejudice as to Defendant, Christian Center of God of Seminole County, Inc. within the next sixty (60) days.  **Dated: February 25, 2025.**


By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff
